```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                     THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE: | CASE NO. 08-07575 ESL |
| PEDRO JUAN GOMEZ GARCIA | Chapter 7 |
| XXX-XX-5320 | |
| | FILED & ENTERED ON 07/18/2011 |
| Debtor(s) | |

## O R D E R

Trustee's objection to claims #20, #21 & #27 filed by Sonia Reyes Cardona on behalf of sons Pedro Jose Gomez Reyes and Pedro Javier Gomez Reyes; and Claim #26 filed by Noemi Reyes Cardona (docket entry #182), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and it is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 18 day of July, 2011.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC:  DEBTOR(S)
     CHARLES ALFRED CUPRILL
     WIGBERTO LUGO MENDER
     Sonia Reyes Cardona
     CLAIMS REGISTER